**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**THOMAS WALKER,**   CASE NO.: 3:20-cv-01381-HES-JBT

    Plaintiff,

vs.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

    Defendant.
_____/

### NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, and informs this Court that the parties to the above-referenced action have settled this matter informally and will file a Joint Stipulation For Dismissal With Prejudice with this Court as soon as all terms of such resolution are finalized.

DATED THIS 26th of February, 2021.

**FARRELL DISABILITY LAW**

/s/ Thomas M. Farrell, IV
Thomas M. Farrell, IV
Florida Bar No.: 972347
Attorney for Plaintiff
2319 Oak Street
Jacksonville, Florida 32204
Telephone: (904) 388-8870
Fax: (904) 339-9590
E-mail: tom@tfarrellpa.com