UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS WALKER,

    Plaintiff,

v.                                    Case No.  3: 20-cv-1381-HES-JBT

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

In this "Notice of Settlement" (Dkt. 11), Plaintiff explains the parties have reached an informal settlement in this case.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED** without prejudice, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within that sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of March, 2021.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Thomas M. Farrell, IV, Esq.